# Earnings Statement



| | |
|---|---|
| AMAZON.COM SERVICES LLC | Period Beginning: 03/23/2025 |
| ATTN: AMAZON PAYROLL | Period Ending: 03/28/2025 |
| 202 WESTLAKE AVE N | Pay Date: 03/27/2025 |
| SEATTLE, WA 98109 | |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

PAUL OJEWOYE
2118 N 21ST ST
PHILADELPHIA PA 19121

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Flex/Pto | 21.0000 | 1.31 | 27.51 | 585.90 |
| Shift Pay | 1.5038 | 1.31 | 1.97 | 765.56 |
| Regular | | | | 8,173.20 |
| Overtime | | | | 482.59 |
| Bereavement | | | | 1,260.00 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Premium $5.0 | | | | 256.55 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 34.47 |
| Stnd Pto Pay | | | | 194.25 |
| **Gross Pay** | | | **$29.48** | 12,971.22 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -1.83 | 801.95 |
| | Medicare Tax | -0.43 | 187.55 |
| | PA State Income Tax | -0.91 | 396.82 |
| | Philadelphia Income Tax | -1.11 | 486.76 |
| | NJ SUI Tax | -0.13 | 55.13 |
| | NJ SDI Tax | -0.06 | 29.83 |
| | NJ Paid Family Leave Ins | -0.10 | 42.81 |
| | Federal Income Tax | | 1,077.01 |
| | **Other** | | |
| | 401K-Trad | -0.59* | 52.82 |

| **Other** | this period | year to date |
|---|---|---|
| Gift Offset | | 52.99 |
| Pre-Tax Dental | | 45.68 |
| **Net Pay** | | **$24.32** |
| Checking Acct 1 | | -24.32 |
| **Net Check** | | **$0.00** |

**\* Excluded from federal taxable wages**
 Your federal taxable wages this period are $28.89

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Groupterm Life | | 9.08 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
 Taxable Marital Status:
  NJ: Single
 Exemptions/Allowances:
  NJ: Table A

© 2000 ADP, Inc.



| | | | |
|---|---|---|---|
| AMAZON.COM SERVICES LLC | **Advice number:** | 00000137242 | |
| ATTN: AMAZON PAYROLL | Pay date: | 03/27/2025 | |
| 202 WESTLAKE AVE N | | | |
| SEATTLE, WA 98109 | | | |

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| PAUL OJEWOYE | xxxxxx2386 | xxxx xxxx | $24.32 |

**NON-NEGOTIABLE**

**Earnings Statement** 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/16/2025
Period Ending: 03/22/2025
Pay Date: 03/28/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA PA 19121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 26.38 | 553.98 | 8,173.20 |
| Shift Pay | 1.5000 | 26.38 | 39.57 | 763.59 |
| Overtime | | | | 482.59 |
| Bereavement | | | | 1,260.00 |
| Flex/Pto | | | | 558.39 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Premium $5.0 | | | | 256.55 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 34.47 |
| Stnd Pto Pay | | | | 194.25 |
| **Gross Pay** | | | **$593.55** | 12,941.74 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -30.18 | 1,077.01 |
| Social Security Tax | | -36.63 | 800.12 |
| Medicare Tax | | -8.56 | 187.12 |
| PA State Income Tax | | -18.12 | 395.91 |
| Philadelphia Income Tax | | -22.28 | 485.65 |
| NJ SUI Tax | | -2.52 | 55.00 |
| NJ SDI Tax | | -1.37 | 29.77 |
| NJ Paid Family Leave Ins | | -1.96 | 42.71 |
| **Other** | | | |
| Pre-Tax Dental | | -3.46* | 45.68 |

| Other | this period | year to date |
|---|---|---|
| 401K-Trad | -11.87* | 52.23 |
| Gift Offset | | 52.99 |
| **Net Pay** | **$456.60** | |
| Checking Acct 1 | -456.60 | |
| **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $578.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 5.87 | |
| Groupterm Life | 0.70 | 9.08 |
| Stnd Balnce | 3.88 | |
| Tot Work Hours | 26.38 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:        Single
Exemptions/Allowances:
  NJ:        Table A

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000154060
Pay date: 03/28/2025



**Deposited to the account of**
PAUL OJEWOYE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2386 | xxxx xxxx | $456.60 |

**NON-NEGOTIABLE**

**Earnings Statement** 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/09/2025
Period Ending: 03/15/2025
Pay Date: 03/21/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAUL OJEWOYE
2118 N 21ST ST
PHILADELPHIA PA 19121

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 35.35 | 742.35 | 7,619.22 |
| Flex/Pto | 21.0000 | 1.63 | 34.23 | 558.39 |
| Shift Pay | 1.5000 | 36.98 | 55.47 | 724.02 |
| Overtime | | | | 482.59 |
| Bereavement | | | | 1,260.00 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Premium $5.0 | | | | 256.55 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 34.47 |
| Stnd Pto Pay | | | | 194.25 |
| **Gross Pay** | | | **$832.05** | 12,348.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -58.23 | 1,046.83 |
| | Social Security Tax | -51.42 | 763.49 |
| | Medicare Tax | -12.03 | 178.56 |
| | PA State Income Tax | -25.44 | 377.79 |
| | Philadelphia Income Tax | -31.23 | 463.37 |
| | NJ SUI Tax | -3.54 | 52.48 |
| | NJ SDI Tax | -1.91 | 28.40 |
| | NJ Paid Family Leave Ins | -2.75 | 40.75 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 42.22 |

| Other | this period | year to date |
|---|---|---|
| 401K-Trad | -16.64* | 40.36 |
| Gift Offset | | 52.99 |

**Net Pay** **$625.40**
Checking Acct 1  -625.40

**Net Check** **$0.00**

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $811.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 4.02 | |
| Groupterm Life | 0.70 | 8.38 |
| Stnd Balnce | 3.12 | |
| Tot Work Hours | 35.35 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:  Single
Exemptions/Allowances:
  NJ:  Table A

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000144233
Pay date: 03/21/2025



**Deposited to the account of**  account number  transit ABA  amount
PAUL OJEWOYE  xxxxxx2386  xxxx xxxx  $625.40

**NON-NEGOTIABLE**

**Earnings Statement**

| | |
|---|---|
| W43 129900 2419 0000134459 1 | ADP |
| Page 2 | |

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/02/2025
Period Ending: 03/08/2025
Pay Date: 03/14/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAUL OJEWOYE
2118 N 21ST ST
PHILADELPHIA PA 19121

**Additional Tax Withholding Information**
Exemptions/Allowances:
  NJ:      Table A

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

```
W43            129900  2419    0000134459     1
Page  1(Con't  Next  Page)
```

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/02/2025
Period Ending: 03/08/2025
Pay Date: 03/14/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA PA 19121**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 40.00 | 840.00 | 6,876.87 |
| Overtime | 31.5000 | 8.47 | 266.81 | 482.59 |
| Shft Pay @O/T | 2.2503 | 8.47 | 19.06 | 34.47 |
| Shift Pay | 1.5000 | 40.00 | 60.00 | 668.55 |
| Bereavement | | | | 1,260.00 |
| Flex/Pto | | | | 524.16 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Premium $5.0 | | | | 256.55 |
| Shft Hol @O/T | | | | 42.68 |
| Stnd Pto Pay | | | | 194.25 |
| **Gross Pay** | | | **$1,185.87** | 11,516.14 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -99.84 | 988.60 |
| | Social Security Tax | -73.35 | 712.07 |
| | Medicare Tax | -17.15 | 166.53 |
| | PA State Income Tax | -36.30 | 352.35 |
| | Philadelphia Income Tax | -44.50 | 432.14 |
| | NJ SUI Tax | -5.04 | 48.94 |
| | NJ SDI Tax | -2.73 | 26.49 |
| | NJ Paid Family Leave Ins | -3.91 | 38.00 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 38.76 |

| Other | this period | year to date |
|---|---|---|
| 401K-Trad | -23.72* | 23.72 |
| Gift Offset | | 52.99 |
| **Net Pay** | **$875.87** | |
| Checking Acct 1 | -875.87 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,158.69

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 3.80 | |
| Groupterm Life | 0.70 | 7.68 |
| Stnd Balnce | 2.35 | |
| Tot Work Hours | 48.47 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ: Single

© 2000 ADP, Inc.

---



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000134459
Pay date: 03/14/2025

**Deposited to the account of**
PAUL OJEWOYE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2386 | xxxx xxxx | $875.87 |

**NON-NEGOTIABLE**

```
W43                 129900   2419        0000124715    1
Page   1(Con't   Next   Page)
```

# Earnings Statement



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning:    02/23/2025
Period Ending:       03/01/2025
Pay Date:            03/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA    PA    19121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 27.18 | 570.78 | 6,036.87 |
| Bereavement | 21.0000 | 30.00 | 630.00 | 1,260.00 |
| Flex/Pto | 21.0000 | 4.27 | 89.67 | 524.16 |
| Premium $5.0 | 5.0000 | 17.27 | 86.35 | 256.55 |
| Shift Pay | 1.5001 | 61.45 | 92.18 | 608.55 |
| Overtime | | | | 215.78 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 15.41 |
| Stnd Pto Pay | | | | 194.25 |
| **Gross Pay** | | | **$1,468.98** | 10,330.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -161.15 | 888.76 |
| | Social Security Tax | -90.90 | 638.72 |
| | Medicare Tax | -21.26 | 149.38 |
| | PA State Income Tax | -44.99 | 316.05 |
| | Philadelphia Income Tax | -55.11 | 387.64 |
| | NJ SUI Tax | -6.24 | 43.90 |
| | NJ SDI Tax | -3.38 | 23.76 |
| | NJ Paid Family Leave Ins | -4.85 | 34.09 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 35.30 |

| Other | this period | year to date |
|---|---|---|
| Gift Offset | | 52.99 |
| **Net Pay** | **$1,077.64** | |
| Checking Acct 1 | -1,077.64 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

  Your federal taxable wages this period are
$1,465.52

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 1.95 | |
| Groupterm Life | 0.70 | 6.98 |
| Stnd Balnce | 1.58 | |
| Tot Work Hours | 27.18 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
  Taxable Marital Status:
  NJ:         Single

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:**   00000124715
Pay date:            03/07/2025



| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| PAUL OJEWOYE | xxxxxx2386 | xxxx xxxx | $1,077.64 |

**NON-NEGOTIABLE**

W43  1  129900  2419  0000124715  1

Page 2

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Earnings Statement**

Period Beginning: 02/23/2025
Period Ending: 03/01/2025
Pay Date: 03/07/2025

PAUL OJEWOYE
2118 N 21ST ST
PHILADELPHIA PA 19121

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**Additional Tax Withholding Information**
Exemptions/Allowances:
  NJ:     Table A

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/16/2025
Period Ending: 02/22/2025
Pay Date: 02/28/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA PA 19121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 24.17 | 507.57 | 5,466.09 |
| Flex/Pto | 21.0000 | 4.87 | 102.27 | 434.49 |
| Shift Pay | 1.5001 | 38.29 | 57.44 | 516.37 |
| Stnd Pto Pay | 21.0000 | 9.25 | 194.25 | 194.25 |
| Overtime | | | | 215.78 |
| Bereavement | | | | 630.00 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $3.0 | | | | 17.61 |
| Premium $5.0 | | | | 170.20 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 15.41 |
| **Gross Pay** | | | **$861.53** | 8,861.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.76 | 727.61 |
| | Social Security Tax | -53.25 | 547.82 |
| | Medicare Tax | -12.45 | 128.12 |
| | PA State Income Tax | -26.34 | 271.06 |
| | Philadelphia Income Tax | -32.33 | 332.53 |
| | NJ SUI Tax | -3.66 | 37.66 |
| | NJ SDI Tax | -1.98 | 20.38 |
| | NJ Paid Family Leave Ins | -2.84 | 29.24 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 31.84 |

| Other | this period | year to date |
|---|---|---|
| Gift Offset | | 52.99 |
| **Net Pay** | **$661.46** | |
| Checking Acct 1 | -661.46 | |
| **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $858.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 4.37 | |
| Groupterm Life | 0.70 | 6.28 |
| Stnd Balnce | 0.82 | |
| Tot Work Hours | 24.17 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000114962
**Pay date:** 02/28/2025

**Deposited to the account of**
PAUL OJEWOYE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2386 | xxxx xxxx | $661.46 |



**NON-NEGOTIABLE**



# Earnings Statement

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/09/2025
Period Ending: 02/15/2025
Pay Date: 02/21/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA PA 19121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 6.03 | 126.63 | 4,958.52 |
| Bereavement | 21.0000 | 30.00 | 630.00 | 630.00 |
| Premium $3.0 | 3.0000 | 5.87 | 17.61 | 17.61 |
| Shift Pay | 1.5001 | 36.03 | 54.05 | 458.93 |
| Overtime | | | | 215.78 |
| Flex/Pto | | | | 332.22 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $5.0 | | | | 170.20 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 15.41 |
| **Gross Pay** | | | **$828.29** | 7,999.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.78 | 663.85 |
| | Social Security Tax | -51.18 | 494.57 |
| | Medicare Tax | -11.97 | 115.67 |
| | PA State Income Tax | -25.32 | 244.72 |
| | Philadelphia Income Tax | -31.09 | 300.20 |
| | NJ SUI Tax | -3.52 | 34.00 |
| | NJ SDI Tax | -1.91 | 18.40 |
| | NJ Paid Family Leave Ins | -2.73 | 26.40 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 28.38 |
| | Gift Offset | | 52.99 |

| | |
|---|---|
| **Net Pay** | **$637.33** |
| Checking Acct 1 | -637.33 |
| **Net Check** | **$0.00** |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $824.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 7.38 | |
| Groupterm Life | 0.70 | 5.58 |
| Stnd Balnce | 9.30 | |
| Tot Work Hours | 6.03 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
 NJ:              Single
Exemptions/Allowances:
 NJ:              Table A

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000112164
**Pay date:** 02/21/2025



**Deposited to the account of**
**PAUL OJEWOYE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2386 | xxxx xxxx | $637.33 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/02/2025
Period Ending: 02/08/2025
Pay Date: 02/14/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PAUL OJEWOYE**
**2118 N 21ST ST**
**PHILADELPHIA PA 19121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 37.38 | 784.98 | 4,831.89 |
| Flex/Pto | 21.0000 | 4.32 | 90.72 | 332.22 |
| Shift Pay | 1.5000 | 41.70 | 62.55 | 404.88 |
| Overtime | | | | 215.78 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $5.0 | | | | 170.20 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 15.41 |
| **Gross Pay** | | | **$938.25** | 7,171.47 |

**Net Check** $0.00

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $934.79

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 5.53 | |
| Groupterm Life | 0.70 | 4.88 |
| Stnd Balnce | 8.53 | |
| Tot Work Hours | 37.38 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.97 | 604.07 |
| | Social Security Tax | -58.00 | 443.39 |
| | Medicare Tax | -13.57 | 103.70 |
| | PA State Income Tax | -28.70 | 219.40 |
| | Philadelphia Income Tax | -35.21 | 269.11 |
| | NJ SUI Tax | -3.99 | 30.48 |
| | NJ SDI Tax | -2.15 | 16.49 |
| | NJ Paid Family Leave Ins | -3.10 | 23.67 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 24.92 |
| | Gift Offset | | 52.99 |
| | **Net Pay** | **$717.10** | |
| | Checking Acct 1 | -717.10 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000095469
**Pay date:** 02/14/2025



**Deposited to the account of** | account number | transit ABA | amount
**PAUL OJEWOYE** | xxxxxx2386 | xxxx xxxx | $717.10

**NON-NEGOTIABLE**

**Earnings Statement** ADP

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 01/26/2025
Period Ending: 02/01/2025
Pay Date: 02/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

PAUL OJEWOYE
2118 N 21ST ST
PHILADELPHIA PA 19121

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 35.97 | 755.37 | 4,046.91 |
| Flex/Pto | 21.0000 | 1.00 | 21.00 | 241.50 |
| Shift Pay | 1.5001 | 36.97 | 55.46 | 342.33 |
| Overtime | | | | 215.78 |
| Gift Imputed | | | | 52.99 |
| Holiday O/T | | | | 597.56 |
| Holiday Pay | | | | 504.00 |
| O/T Premium | | | | 3.86 |
| Premium $5.0 | | | | 170.20 |
| Shft Hol @O/T | | | | 42.68 |
| Shft Pay @O/T | | | | 15.41 |
| **Gross Pay** | | | **$831.83** | 6,233.22 |

**Net Check** $0.00

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $828.37

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 8.00 | |
| Groupterm Life | 0.70 | 4.18 |
| Stnd Balnce | 7.77 | |
| Tot Work Hours | 35.97 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

**Additional Tax Withholding Information**
Taxable Marital Status:
 NJ: Single
Exemptions/Allowances:
 NJ: Table A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.20 | 531.10 |
| | Social Security Tax | -51.40 | 385.39 |
| | Medicare Tax | -12.02 | 90.13 |
| | PA State Income Tax | -25.43 | 190.70 |
| | Philadelphia Income Tax | -31.22 | 233.90 |
| | NJ SUI Tax | -3.53 | 26.49 |
| | NJ SDI Tax | -1.92 | 14.34 |
| | NJ Paid Family Leave Ins | -2.75 | 20.57 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 21.46 |
| | Gift Offset | | 52.99 |
| | **Net Pay** | **$639.90** | |
| | Checking Acct 1 | -639.90 | |

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** 00000085846
**Pay date:** 02/07/2025

**Deposited to the account of**
PAUL OJEWOYE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2386 | xxxx xxxx | $639.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**